tion by Anson E. Fletcher against Bruce O. Johnson. No opinion. Motion granted, and stay continued until the hearing and determination of the appeal, upon condition that the appeal be argued at the opening of January, 1912, term.